# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Charlie Muna Cabrera, | Case No.: 2:20-cv-01573-APG-NJK |
|---|---|
| Petitioner, | **Order Denying Leave to Proceed *in Forma Pauperis* and Directing Clerk to Change Petitioner's Name** |
| v. | |
| State of Nevada, et al, | [ECF No. 1] |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner Charlie Muna Cabrera has filed an application to proceed *in forma pauperis*. ECF No. 1. I find that Cabrera has enough money in his account to pay the $5.00 filing fee.

Cabrera's name in the court's docket is incorrect. The docket lists his name as "Cabrera Charlie Muna." This is because he wrote his name as "Cabrera, Charlie Muna" in the captions of the application to proceed *in forma pauperis* and the petition for a writ of habeas corpus. The clerk of the court will need to correct his name.

I THEREFORE ORDER that the application to proceed *in forma pauperis* **(ECF No. 1) is DENIED**. Cabrera will have until September 30, 2020 to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

I FURTHER ORDER the clerk of the court to send Cabrera two copies of this order. Cabrera must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER the clerk of the court to change the petitioner's name in the court's docket, so that his first name is "Charlie," his middle name is "Muna," and his last name is "Cabrera."

DATED this 27th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE