**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charlie Muna Cabrera,<br><br>　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　Respondents. | Case No.: 2:20-cv-01573-APG-NJK<br><br>**Order Granting Additional Time to Pay Filing Fee**<br><br>[ECF No. 5] |

　　　Petitioner Charlie Muna Cabrera has filed a document titled "Judicial Notice, to Make Payment to the Clerk of the Court." ECF No. 5.  He states that he has sent an inmate account request to for the Nevada Department of Corrections to pay the filing fee out of his account.  The court has not yet received the payment.  Construing Cabrera's notice liberally, he is asking for additional time to pay the filing fee, which I grant.

　　　IT IS THEREFORE ORDERED that petitioner's time to pay the filing fee is extended to October 30, 2020.

　　　DATED October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE